**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHARON MARTIN HERR, | : | CIVIL NO. 1:25-cv-01565 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| FRANK BISIGNANO,<br>Commissioner of Social Security, | : | |
| Defendant. | : | |

**<u>ORDER</u>**
September 22, 2026

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the Commissioner's decision is **AFFIRMED.** The Clerk of Court shall enter judgment in favor of the Commissioner and against the plaintiff and then close this case.

***S/Susan E. Schwab***
Susan E. Schwab
United States Magistrate Judge